MAYOR AND ALDERMEN OF JERSEY CITY, RESPONDENT, v. SIMON BLUM, COLLECTOR OF TAXES, ET AL., APPELLANTS.

Argued October 29, 1924—Decided January 19, 1925.

On appeal from the Supreme Court.

For the respondent, *Thomas J. Brogan.*

For the appellants, *J. Henry Harrison.*

PER CURIAM.

The judgment under review will be modified, for the reasons and to the extent stated at length in an opinion promulgated at the present term, in a case in which the same litigants were involved.

*For reversal*—BLACK, VAN BUSKIRK, KAYS, JJ. 3.

*For modification*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, MINTURN, KATZENBACH, LLOYD, CLARK, JJ. 7.